Commonwealth *v.* Gaines, Appellant.

Submitted June 10, 1968. *Sidney Gaines,* appellant, in propria persona; *Roger F. Cox* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Goodman, Appellant.

Argued July 13, 1968. *Austin J. McGreal,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Raymond Forcena,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.